IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR M. DAVIS, | CASE NO. 5:13-cv-05155 EJD |
| Plaintiff(s), | **ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CAROLYN COLVIN, Commissioner of Social Security, | |
| Defendant(s). | |

On December 6, 2013, Defendant Carolyn Colvin, Commissioner of Social Security, filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 6.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either his consent or declination to proceed before a United States Magistrate Judge on or before **December 16, 2013.**

**IT IS SO ORDERED.**

Dated: December 9, 2013

EDWARD J. DAVILA
United States District Judge