IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR M. DAVIS, | CASE NO. 5:13-cv-05155 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| v. | |
| CAROLYN COLVIN, Commissioner of Social Security, | |
| Defendant(s). | |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (<u>see</u> Docket Item Nos. 6, 9), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated: December 17, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-cv-05155 EJD
ORDER DIRECTING CLERK TO REASSIGN CASE